IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX GEORGE DESERLY,<br><br>Defendant. | CR 22-101-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant Alex George Deserly (Deserly) has been accused of violating conditions of his supervised release. (Docs. 75 and 77). Deserly admitted the alleged violations. Deserly's supervised release should be revoked. Deserly should be sentenced to custody for 5 months with 19 months of supervised release to follow.

## II. Status

Deserly plead guilty on March 23, 2023, to the offense of Assault Resulting in Substantial Bodily Injury to an Intimate Partner, in violation of 18 U.S.C. § 113(a)(7) as charged in Count 2 of the Superseding Indictment. (Doc. 55). Deserly was sentenced to 30 months of custody followed by 2 years of supervised release. (Doc. 74). Deserly's current term of supervised release began on December 4, 2024.

**Petition**

On March 19, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Deserly's supervised release. (Doc. 75) The Petition alleged Deserly violated the conditions of his supervised release by: (1) failing to report for substance abuse testing on January 1, 2025; (2) communicating or interacting with two convicted felons without the permission of his probation officer on August 28, 2025; (3) consuming alcohol on August 28, 2025; (4) committing another federal, state or local crime by being charged on March 17, 2026, with the offense of Partner Family Member Assault-Physical in violation of Chippewa-Cree Tribal Code 4-6-2; (5) committing another federal, state or local crime by being charged on March 17, 2026, with the offense of Disorderly Conduct in violation of Chippewa-Cree Tribal Code 4-13-1; and (6) consuming alcohol on March 17-18, 2026.

**Amended Petition**

On July 28, 206, the United States Probation Office filed an Amended Petition requesting that the Court revoke Deserly's supervised release. (Doc. 77) The Amended Petition noted that on July 27, 2026, Deserly plead guilty to the offenses of Partner Family Member Assault-Physical in violation of Chippewa-Cree Tribal Code 4-6-2, and to the offense of Disorderly Conduct in violation of Chippewa-Cree Tribal Code 4-13-1, as set forth in allegations (4) and (5) of the initial Petition.

**Initial Appearance**

Deserly appeared before the Court on August 3, 2026. Deserly was represented by counsel. Deserly stated that he had read the Amended Petition and that he understood the allegations against him. Deserly waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

Deserly appeared before the Court on August 3, 2026. Deserly admitted that he had violated the conditions of supervised release as set forth in the Amended Petition. Deserly's admitted violations, 1-6, are serious and warrant revocation of his supervised release. The Court continued Deserly's sentencing hearing until August 11, 2026.

**Sentencing hearing**

Deserly appeared before the Court on August 11, 2026. Deserly's violations are Grade C. His criminal history category is I. Deserly's underlying offense is a Class D felony. Deserly could be incarcerated for up to 24 months. Deserly could be ordered to remain on supervised release for up to 36 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III. Analysis

Deserly's supervised release should be revoked. Deserly should be sentenced to 5 months of custody, followed by 19 months of supervised release. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Deserly that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Deserly of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Deserly that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

> That ALEX GEORGE DESERLY. has violated the conditions of his supervised release by: (1) failing to report for substance abuse testing on January 1, 2025; (2) communicating or interacting with two convicted felons without the permission of his probation officer on August 28, 2025; (3) consuming alcohol on August 28, 2025; (4) committing another federal, state or local crime by being convicted on July 28, 2026, of the offense of Partner Family Member Assault-Physical in violation of Chippewa-Cree Tribal Code 4-6-2; (5) committing another federal, state or local crime by being convicted on July 28, 2026, of the offense of Disorderly Conduct in violation of Chippewa-Cree Tribal Code 4-13-1; and (6) consuming alcohol on March 17-18, 2026.

The Court **RECOMMENDS**:

That the District Court revoke Deserly's supervised release and sentence Deserly to custody for 5 months, with 19 months of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 12th day of August 2026.

John Johnston
United States Magistrate Judge