**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEX GEORGE DESERLY,

Defendant.

CR-22-101-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 12, 2026. (Doc. 86.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 11, 2026. (Doc. 85.) The United States accused Alex Deserly (Deserly) of violating the conditions of his supervised release by: (1) failing to report for substance abuse testing on January 1, 2025; (2) communicating or interacting with two convicted felons without the permission of his probation officer on August 28, 2025; (3) consuming alcohol on August 28, 2025; (4) committing another federal, state or local crime by being charged on March 17, 2026, with the offense of Partner Family Member Assault-Physical in violation of Chippewa-Cree Tribal Code 4-6-2; (5) committing another federal, state or local crime by being charged on March 17, 2026, with the offense of Disorderly Conduct in violation of Chippewa-Cree Tribal Code 4-13-1; and (6) consuming alcohol on March 17-18, 2026. (Docs. 75 and 77.)

At the revocation hearings Deserly admitted that he had violated the conditions of supervised release 1-6 as set forth in the Amended Petition. (Doc. 85.) Oka was advised of his right to appeal and allocute before the undersigned. (*Id.*)

Judge Johnston recommended that Deserly be sentenced to 5 months custody, followed by 19 months of supervised release to follow. (Doc. 86.)

The violations Deserly admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 86) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Alex George Deserly be sentenced to 5 months custody, followed by 19 months of supervised release.

DATED this 8th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts